IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON JENNINGS,       )
        )
    Plaintiff,    )
        )
    v.    )    1:19CV1133
        )
CAROL SCRIBNER DARROW,       )
        )
    Defendant(s).    )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner housed in the State of Virginia, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problem is:

1.      Plaintiff's claims are not clear and he does not appear to state a claim for relief at this time. It appears that one of the Defendants he names, Carol Scribner Darrow, is a private party and not a government actor. As such, she is not a proper Defendant under § 1983. As for the other Defendant, R. Lounsberry, that person is a government official. However, Plaintiff appears to allege that Lounsberry either obtained a warrant using what Plaintiff contends is an incorrect name for him and/or based on what Plaintiff views as a private business transaction between himself and Darrow. Even if true, neither of these facts supports a violation of any of Plaintiff's federal rights. His statements otherwise are conclusory.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms,

instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

Plaintiff also filed what were docketed as a Motion to Amend (Docket Entry 6) and a Motion for Subpoena (Docket Entry 8). No motion to amend was needed given that Plaintiff had not previously amended the Complaint as of right. Therefore, the Motion will be denied as unnecessary, but the amendment will be considered. It does not change the analysis set out above. As for the Motion for Subpoena, Plaintiff seeks to subpoena witnesses in the case. Not only is such a motion premature, it will be denied in light of the recommendation that the case be dismissed.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend (Docket Entry 6) and Motion for Subpoena (Docket Entry 8) are denied for the reasons set out above.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 23rd day of January, 2020.

_____
Joe L. Webster
United States Magistrate Judge